- [✔] MOTION HEARING
- [ ] PRETRIAL CONFERENCE
- [ ] OTHER

Case No. **1:12-cr-129-014-015**  USA v. **Randy Greene and Kenneth Greene**

**PRESENT:** Honorable **Harry S. Mattice, Jr.**  [✔] U.S. District Judge  OR  [ ] U.S. Magistrate Judge

| Terra Bay | See Below | |
|---|---|---|
| Assistant U.S. Attorney | Attorney for Defendant | Probation Officer |
| Stefanie Capetz and Allison Laster | Elizabeth Coffey | |
| Courtroom Deputy | Court Reporter | Interpreter(s) |

**PROCEEDINGS:** [ ] DEFENDANT(S) SWORN   [✔] DEFENDANT PRESENT

Motion to Dismiss on Speedy Trial hearing held.
Attorney's Bryan Hoss and Stevie Phillips for Defendant Randy Greene. Court grants [595] Motion to Dismiss without prejudice.
Attorney Joseph DeGaetano for Defendant Kenneth Greene. Court Grants Motion to dismiss Count Four of Superseding Indictment [591] as to Kenneth Greene. Court also Grants Motion to Dismiss on Speedy trial without prejudice[588].
Defense counsel made motion for release on bond for both R. Greene and K. Greene in which Court Granted.

**TESTIMONY BY:** _____

**TRIAL SET:** _____

Deft [ ] remanded to custody of U.S. Marshal   [ ] remained in custody   [ ] remained on bond

Time: **10:00** to **11:00**   Date: **7/2/2014**
Time: **11:10** to **12:05**
Time: _____ to _____

REV 9/13